**Ed LONG v. UNITED STATES of America.**

No. 2736.

Circuit Court of Appeals, Tenth Circuit.

June 12, 1943.

W. E. Utterback, of Durant, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Cause remanded to the district court for the purpose of authorizing and empower-

ing said district court to entertain and determine a motion for a new trial, on grounds of newly discovered evidence.